AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

| | |
|---|---|
| United States of America<br>v.<br><br>SAMUEL ADAM MALACHI YEARGAN<br><br>*Defendant(s)* | )<br>)<br>) Case No.<br>)  **3:26-mj-007**<br>)<br>) |

## CRIMINAL COMPLAINT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __November 29, 2025__ in the county of __Montgomery__ in the __Southern__ District of __Ohio__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 875(c) | Interstate Communications with a Threat to Injure |

This criminal complaint is based on these facts:

SEE ATTACHED AFFIDAVIT

☑ Continued on the attached sheet.

*Jason Quinn*
Complainant's signature

SA JASON QUINN, FBI
Printed name and title

Sworn to before me and signed in my presence via telephone.

Date: 1/6/26

City and state: DAYTON, OHIO

PETER B. SILVAIN, JR., U.S. MAGISTRATE JUDGE
Printed name and title

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Special Agent Jason Quinn being first duly sworn, hereby depose and state as follows.

## INTRODUCTION AND AGENT BACKGROUND

1. I am a Special Agent with the Federal Bureau of Investigation (FBI). I am currently assigned to the FBI's Cincinnati Division, Dayton Resident Agency (RA) where I am on an investigative squad focusing on the investigation of International Terrorism and Domestic Terrorism. I have been employed as a Special Agent with the FBI since December 2022. I have received training related to the performance of my duties as an FBI Special Agent and completed the FBI's Basic Field Training Course at the FBI Academy in Quantico, Virginia. I have conducted or participated in investigations related to, among other violations, financial crimes, violent incident crimes, and public corruption. As part of those investigations, I have participated in physical surveillance, obtained and analyzed various records, conducted witness and subject interviews, served subpoenas, as well as executed search and arrest warrants. As a Special Agent of the FBI, I am authorized to investigate violations of the laws of the United States, and as a federal law enforcement officer I am authorized to execute warrants issued under the authority of the United States.

2. I submit that there is probable cause to issue a criminal complaint and arrest warrant against SAMUEL ADAM MALACHI YEARGAN (YEARGAN) for violations of Title 18, United States Code, Section 875(c) (interstate threats).

3. The facts further described in this affidavit come from my personal observations, information obtained from other law enforcement personnel, the analysis of records, and my training and experience. When discussing statements made by those involved in this matter, such statements are described in substance, rather than verbatim, unless indicated otherwise. This

affidavit is intended to show only that there is sufficient probable cause for the requested arrest warrant and does not set forth all of my knowledge about this matter.

## PROBABLE CAUSE

4. Based on my training and experience, I know that NTOC is an FBI organization where the public can provide information related to federal crimes or threats to the national security (i.e., tips).[1] NTOC accepts tips from the public via telephone and the internet (i.e., online). Upon receiving a tip, NTOC analyzes it and routes the information to an FBI Field Office for further review and appropriate action.

5. On or about December 27, 2025, the NTOC received a communication submitted online that contained threats to FBI facilities in southern Ohio (hereinafter, "the December 27th Tip"). As detailed in the screenshot of the December 27th Tip below, it stated, among other things:

> I taking my vehicle and driving into the building of the FBi in Columbus Ohio. I'm done be woken up and tortured with implanted technology.
>
> I reported this abuse for years and you didn't do anything.
>
> Shut up the 2500 cargo express van into your building for oppression of a Christian.

The person who submitted the December 27th Tip titled the complaint: "Van into FBI building." As detailed below, the sender also falsely identified themselves as an Ohio public school district and provided a date of birth of "10/20/2000". Additionally, based on my training and experience,

---

[1] Information supplied to the FBI by the public is often referred to colloquially as a "tip" or "complaint." Accordingly, the terms "tip" or "complaint" are used interchangeably within this affidavit. The submitter of such a tip or a complaint is likewise known colloquially as a "complainant."

Chevrolet manufactured a model of cargo van known as the Chevrolet Express. As this investigation progressed, I learned through law enforcement databases that YEARGAN is the registered owner of a 2019 White Chevrolet Express bearing Vehicle Identification Number (VIN) 1GCWGAFP9K1366925 and Ohio License Plate Number PNG3044 (hereinafter, the **TARGET VEHICLE**).

6. Despite the sender falsely identifying themselves as a local school district, NTOC recognized the verbiage contained in the submission as like and similar to previous messages that YEARGAN had sent to the FBI in which he had identified himself. NTOC forwarded the matter to FBI's Cincinnati Office, which queried law enforcement databases and discovered an address for him in Springfield, Ohio – namely, 105 1/2 N. Western Avenue, Springfield, Ohio 45504 (hereinafter, the **TARGET RESIDENCE**).

7. On or about December 29, 2025, FBI contacted the Springfield Police Department (SPD) and that agency made contact with YEARGAN at the **TARGET RESIDENCE**. Based on a review of a report SPD generated from this account as well as officers body warn camera, YEARGEN confirmed that he had contacted FBI numerous times concerning an alleged implant that had been placed on his body but that the agency would not help him.

8. Based on SPD's interactions with YEARGAN, on December 30, 2025, FBI went to YEARGAN's residence – the **TARGET RESIDENCE** – and contacted him. YEARGAN agreed to speak with agents and allowed them to enter his residence – the **TARGET RESIDENCE** – to interview him. This interview was audio and video recorded. During the ensuing conversation:

a. YEARGAN told FBI that unknown actors (but possibly DARPA)[2] had implanted against his will a communication device inside his body and that the device sent communications directing him to, among other things, commit acts of violence. YEARGAN told FBI that he had not yet acted on the device's alleged directions to commit violent acts.

b. YEARGAN advised that he had contacted law enforcement agencies, including the FBI, on numerous occasions to seek help identifying who implanted the device and to report the threatening communications directed at him through the device. YEARGAN acknowledged having submitted many hundreds of such tips, including through FBI's online tip submission portal (i.e., NTOC).

c. YEARGAN acknowledged that he submitted the December 27th Tip to the FBI.[3] YEARGAN claimed that he had gone in person to an FBI building in Columbus, Ohio, to discuss his complaints about the device but that FBI personnel dismissed his complaint. (To date, FBI has been unable to locate records corroborating YEARGAN's claim that he previously visited an FBI facility). YEARGAN advised that he distrusted the FBI for, among other reasons, its refusal to act on his information concerning the device. YEARGAN admitted that that he had said some "inflammatory things" in the tips to call attention to the device and its consequences.

d. YEARGAN acknowledged that medical professionals and his family told him that he suffered from mental illness. (According to YEARGAN, medical professionals

---

[2] Based upon information and belief, I am aware that DARPA is an acronym associated with the Defense Advanced Research Projects Agency, a government entity within the Department of War.

[3] During the interview, the December 27th Tip was described by the Interviewing Agents and YEARGAN at times as having been a "call." I am aware, based upon a review of the relevant NTOC records, that the December 27th Tip was submitted to NTOC electronically rather than telephonically via phone call. YEARGAN indicated that he was familiar with the specifics of the December 27th Tip, to wit, that the December 27th Tip involved a statement regarding driving a vehicle into an FBI building. Accordingly, I understand YEARGAN to have acknowledged submitting the December 27th Tip to NTOC notwithstanding the parties' mischaracterization of the December 27th Tip as a phone call.

specifically characterized his mental illness as schizophrenia). YEARGAN stated numerous law enforcement personnel had had been asked to check on him out of concern.[4]

9. On or about December 29, 2025, FBI reviewed Flock cameras (i.e., automated license plate readers) in the vicinity of Springfield, Ohio, and found that the TARGET VEHICLE was active on southern Ohio roads between December 22, 2025 and December 29, 2025. I therefore believe that YEARGAN actively uses the **TARGET VEHICLE**.

10. FBI queried information from the NTOC and noted approximately 200 "tips" that had some association with YEARGAN and appeared to be submitted by him to the FBI between April 2022 and the present. Although FBI has not analyzed all of the "tips" associated with YEARGAN, it has reviewed the following recent submissions that reasonably appear to have been submitted by him:

    a. On or about November 29, 2025, YEARGAN submitted an online complaint to NTOC (hereinafter, the November 29th Tip), a screen shot of which is captured below:

> I'm going to take the lives of federal agents if they do t make this stop

The November 29th Tip also referenced "Darap", which I believe to be a misspelling of the acronym DARPA – the entity that, during his December 2025 interview with FBI, YEARGAN speculated had implanted the alleged device in him. Indeed, the subject of the November 29th Tip was listed as "DARPA -FBI." The November 29th Tip included the name Samuel YEARGAN as

---

[4] YEARGAN acknowledged to the Interviewing Agents having been contacted by law enforcement from the "sheriff" on December 29, 2025. I understand, based upon a review of the SPD report discussed above, that YEARGAN was contacted on December 29, 2025 by officers from SPD rather than the Clark County Sheriff's Office. To date, FBI personnel are unaware of contact YEARGAN may have had with the Clark County Sheriff's Office on December 29, 2025.

the complainant along with an entry in the DOB (or date of birth) field. Based upon discussions with other FBI personnel, I understand the information included in the complainant fields (e.g., First Name, Last Name, DOB) to be populated by the individual who submits the complaint to NTOC (i.e., the complainant). Based upon a review of information obtained from databases available to law enforcement, I am aware that YEARGAN's date of birth is the same as the date of birth entered in the DOB field for the complainant's information. I noted details within the November 29th Tip that appeared to contain similarities to details YEARGAN provided during his December 2025 interview with FBI. Accordingly, I have a reasonable belief that the submitter of the November 29th Tip was YEARGAN.

  b. On or about November 30, 2025, YEARGAN submitted an online complaint to NTOC (hereinafter, the First November 30th Tip), a screen shot of which is captured below:

> **How do you know the crime was motivated by bias/prejudice?**
> **I'm being forced to do things with a brain chip**
>
> **I'm going to public take the lives of federal agents**

The First November 30th Tip included the name Samuel YEARGAN, along with an entry in the DOB field, as the complainant. I also noted details within the First November 30th Tip that appeared to contain similarities to details YEARGAN provided during his interview with FBI during late December 2025. Accordingly, I have a reasonable belief that the submitter of the First November 30th Tip was YEARGAN.

      c.      On or about November 30, 2025, YEARGAN submitted an online complaint to NTOC (hereinafter, the Second November 30th Tip), screen shots of which are captured below:

> **FBI**
>
> I have technology and it's being used to make a game
>
> Im going to take the lives of federal agents
>
> My reports aren't being taken seriously
>
> You swore a oath
>
> And you did nothing
>
> Americans

> Brain Chip and earpiece
>
> Oppression
>
> I'm killing FBI agents
>
> I'm running people the fuck over.
>
> You ignorant bitch. I have real reports

The Second November 30th Tip included the name Samuel YEARGAN as the complainant. Within the Subject field of the Second November 30th Tip, I observed the entry "FBI – darpa brain research." The Second November 30th Tip also appeared to contain similarities to details YEARGAN provided during his December 2025 interview with FBI. Accordingly, I have a reasonable belief that the submitter of the Second November 30th Tip was YEARGAN.

11.     Based upon discussions with other law enforcement, I understand the electronic submission of a tip to NTOC (i.e., E-Tip) to occur via the use of the internet. Likewise, I understand the system(s) used by NTOC to record various information about the submitter of an E-Tip, such as the Internet Protocol (IP) address associated with the device used to submit it. I have reviewed the IP addresses associated with the November 29th Tip, the First and Second November 30th Tip, and the December 27th Tip, and all resolve to cellular service carriers located in southern Ohio (e.g., Miamisburg and Franklin, Ohio). Based on originating IP addresses for the tips, I believe that each was set from southern Ohio by YEARGAN. Indeed, during an interview at his home on December 30, 2025, YEARGAN acknowledged that he sent the December 27th tip, tending to confirm its origination in Ohio.

12.     Since FBI interviewed YEARGAN on December 30, 2025, NTOC has received at least three additional complaints/tips associated with him, including one of which that contained threats to harm federal agents.

13.     Based upon information from the FBI, I understand that NTOC is physically located at an FBI facility outside of the State of Ohio. Accordingly, I understand that the submitter of the four NTOC submissions discussed herein (e.g., the December 27th Tip, the First November 30th Tip, the Second November 30th Tip, the November 29th Tip) utilized interstate commerce (i.e., the internet) to transmit such tip submissions to the FBI.

## CONCLUSION

14. Based on the information set forth in this affidavit, there is probable cause to believe that beginning on or about November 29, 2025 and ending on or about December 27, 2025, in the Southern District of Ohio, SAMUEL ADAM MALACHI YEARGAN (YEARGAN) committed a violation of 18 U.S.C. § 875(c), Interstate Communications with a Threat to Injure when he transmitted threats to injure the person of another, to wit, federal agents.

Respectfully submitted,

Jason Quinn
Special Agent
Federal Bureau of Investigation

Subscribed and sworn by phone
on January 6th, 2026 in Dayton, OH

UNITED STATES MAGISTRATE JUDGE