# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>**SAMUEL ADAM MALACHI YEARGAN,**<br><br>　　　　Defendant. | **CASE NO. 2:26-MJ-007PBS**<br><br>**JUDGE SILVAIN** |

## NOTICE OF WITHDRAW AS COUNSEL

　　Brent G. Tabacchi, Assistant United States Attorney, hereby gives notice to the Court that he will no longer represent the United States of America in the above captioned case. The matter will be handled by current co-counsel, Ryan Saunders.

　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　DOMINICK S. GERACE II
　　　　　　　　　　　　　　　　　　　United States Attorney


　　　　　　　　　　　　　　　　　　　s/Brent G. Tabacchi
　　　　　　　　　　　　　　　　　　　BRENT G. TABACCHI
　　　　　　　　　　　　　　　　　　　Assistant United States Attorney
　　　　　　　　　　　　　　　　　　　200 West Second Street, Suite 600
　　　　　　　　　　　　　　　　　　　Dayton, Ohio 45402
　　　　　　　　　　　　　　　　　　　Tel: 937-225-2910
　　　　　　　　　　　　　　　　　　　Email: brent.tabacchi@usdoj.gov

CERTIFICATE OF SERVICE

      I hereby certify that, on March 9, 2026, a copy of the foregoing was served on defendant's counsel via the Court's ECF system.

                                      <u>s/Brent G. Tabacchi</u>
                                      BRENT G. TABACCHI
                                      Assistant United States Attorney