**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION AT DAYTON**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | Case No. 3:26-mj-7 |
| | : | |
| Plaintiff, | : | |
| | : | Magistrate Judge Peter B. Silvain, Jr. |
| vs. | : | |
| | : | |
| SAMUEL ADAM MALACHI YEARGAN, | : | |
| | : | |
| Defendant. | : | |
| | : | |

---

**ORDER**

---

This criminal case is before the Court upon Defendant Samuel Adam Malachi Yeargan's ("Defendant") *pro se* motion to compel discovery (Doc. #15), motion for bond review/appeal (Doc. #17), motion to dismiss (Doc. #18), motion in limine (Doc. #19), motion to vacate (Doc. #24), and motion in support of motion to vacate (Doc. #23).

Defendant is represented in this case by highly skilled counsel who, by all appearances, did not participate in drafting or filing Defendant's motions. Criminal defendants do not have a constitutional right to proceed both *pro se* and with the assistance of counsel. *See United States v. Mosely,* 810 F.2d 93, 97-98 (6th Cir. 1987) (noting that a defendant has a constitutional right to be represented by counsel or to represent himself during his criminal proceedings, but not both); *see also Miller v. United States*, 561 Fed. App'x 485, 488 (6th Cir. 2014). Accordingly, the Court **DENIES WITHOUT PREJUDICE** Defendant's motions (Doc. #s 15, 17, 18, 19, 23, 24) and will not consider any arguments advanced therein unless Defendant's counsel raises those arguments in a future motions.

**IT IS SO ORDERED.**

June 11, 2026                                         *s/Peter B. Silvain, Jr.*
                                                     Peter B. Silvain, Jr.
                                                     United States Magistrate Judge